# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | |
|---|---|
| **ZENA RAYFORD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **No. 09-2537-STA-dkv** |
| ) | |
| **SIRCHIE FINGER PRINT** ) | |
| **LABORATORIES, INC., and SUPERIOR** ) | |
| **PRINTING INK COMPANY, INC.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

After granting Plaintiff multiple extensions of time in which to respond to Defendants'

Rule 41(d) motions for costs, the Court finally ordered Plaintiff to pay Defendants for costs

incurred in her previous lawsuit against them pursuant to Rule 41(d) and the stipulation of

dismissal in her previous case, *Rayford v. Sirchie Finger Print Laboratories et al.*, no. 2-06-cv-

02143-STA-gbc. The Court ordered Plaintiff to make full payment to each Defendant within

thirty (30), that is, by December 30, 2010. The Court also gave Plaintiff the alternative of

showing cause as to why her case should not be dismissed for failure to prosecute and obey the

orders of the Court. The Court cautioned Plaintiff that failure to satisfy her obligations within

the time ordered or otherwise show cause by December 30, 2010, would result in the dismissal of

her case.

Having had no response from Plaintiff by the deadline, Plaintiff's case is hereby

dismissed with prejudice.

**IT IS SO ORDERED.**

**s/ S. Thomas Anderson**
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 12, 2011